IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEJANDRO SANTOS | : | CIVIL ACTION |
| v. | : | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration | : : | NO. 10-7423 |

FILED
NOV 29 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 29th day of November, 2011, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review *(Doc. No. 9)*, Defendant's Response to Request for Review of Plaintiff *(Doc. No. 10)*, and Plaintiff's Reply *(Doc. No. 13)*, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter to which no objections have been filed *(Doc. No. 14)*, it is hereby

**ORDERED**

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Plaintiff's Request for Review is GRANTED, and the decision of the Commissioner of the Social Security Administration is REVERSED to the extent that the matter is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with United States Magistrate Judge Thomas J. Rueter's Report and Recommendation.

3. Judgment is entered in favor of Plaintiff, reversing the decision of the Commissioner for the purpose of this remand only.

BY THE COURT:

/s/ Paul S. Diamond
Paul S. Diamond, J.